AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. § 2252(A)(4)(B) – Possession of Child Pornography;
18 U.S.C. §§ 2253(A)(1) & (A)(3) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAR 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S ——
▶ DUMAKA HAMMOND

DISTRICT COURT NUMBER
CR 16 102 JD

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.
_____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form
BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
THOMAS R. GREEN, AUSA

—— DEFENDANT ——

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

**PENALTY**



18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography:

**If Visual Depictions Do Not Involve Pre-Pubescent Minor:**

| | |
|---|---|
| Maximum Imprisonment: | 10 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | 3 years |
| Special Assessment: | $100 |

**If Visual Depictions Do Involve Pre-Pubescent Minor:**

| | |
|---|---|
| Maximum Imprisonment: | 20 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | 3 years |
| Special Assessment: | $100 |

**If Defendant has a related Prior Conviction:**

| | |
|---|---|
| Minimum Imprisonment: | 10 years |
| Maximum Imprisonment: | 20 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | 3 years |
| Special Assessment: | $100 |

FILED

MAR 10 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland



FILED
MAR 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

DUMAKA HAMMOND,

CR 16- 102

SEALED BY ORDER OF COURT

DEFENDANT.

---

INDICTMENT

18 U.S.C. § 2252(A)(4)(B) – Possession of Child Pornography;
18 U.S.C. §§ 2253(A)(1) & (A)(3) – Criminal Forfeiture

---

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

A true bill.

_____
Foreman

Filed in open court this 10th day of
March, 2016
Karen L. Hom     KAREN L. HOM
                 Clerk

Bail, $ no bail ordered    _____

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

FILED

MAR 10 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 16 102 JD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DUMAKA HAMMOND,<br><br>  Defendant. | NO.<br><br>VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. §§ 2253(a)(1) & (a)(3) – Criminal Forfeiture<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:       (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

The Grand Jury charges:

   From a date unknown to on or about July 16, 2015, in the Northern District of California, the defendant,

DUMAKA HAMMOND,

did knowingly possess and knowingly access with the intent to view at least one matter which contained a visual depiction that had been shipped and transported using a means and facility of interstate and

foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials that had been mailed, shipped and transported in interstate commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

<u>FORFEITURE ALLEGATION</u>:    (18 U.S.C. §§ 2253(a)(1) & (a)(3) – Criminal Forfeiture)

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant,

DUMAKA HAMMOND,

shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. Toshiba laptop computer, serial number ZC020274Q.

If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

DATED: March 10, 2016

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

_____
DAVID R. CALLAWAY
Chief, Criminal Division

(Approved as to form: _____)
AUSA THOMAS R. GREEN