STEVEN G. KALAR
Federal Public Defender
HANNI M. FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Attorneys for DUMAKA HAMMOND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DUMAKA HAMMOND, <br><br> Defendant. | NO. 16-102-JD <br><br> JOINT STATUS UPDATE CONCERNING PRODUCTION OF THE NIT SOURCE CODE <br><br> Date: September 8, 2016 <br> Time: 10:30 a.m. |

Mr. Hammond is charged in a one count indictment with possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). This case is one of a number of cases pending in federal courts throughout the country involving the FBI's use of a "Network Investigative Technique" ("NIT") to investigate individuals accessing child pornography over the Tor network.

Mr. Hammond has filed a number of pretrial motions according to two agreed upon briefing schedules set by the parties entered on May 16 and June 9, 2016. At one point, Mr. Hammond contemplated filing a motion to compel discovery of the NIT source code but ultimately did not file a motion as the government agreed to produce discovery which may moot the motion.

On July 15, 2016 the Court signed a stipulated protective order concerning discovery NIT discovery and the government has since produced the contemplated discovery to Mr. Hammond. A defense expert has been retained to review the discovery produced by the government and should be

1 reviewing the code shortly. Thus, as of the date of this filing—the deadline for Mr. Hammond's
2 pretrial motions—it is unknown whether Mr. Hammond will need to file a motion to compel
3 discovery related to the NIT source code. Should the defense feel the government's production is
4 incomplete or needs to be supplemented, the parties will meet and confer regarding the defense's
5 concerns. If the parties are unable to reach an agreement, Mr. Hammond will file a motion to compel
6 discovery according to an agreed upon briefing schedule submitted for review to the Court.

8  DATED:      August 4, 2016                          /S/
                                              HANNI M. FAKHOURY
9                                             Assistant Federal Public Defender

11 DATED:      August 4, 2016                          /S/
                                              THOMAS R. GREEN
12                                            Assistant United States Attorney